
FILED
FEB 20 2019
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLAUDIA J. LARSON,<br><br>Plaintiff,<br><br>vs.<br><br>GRANITE STATE INSURANCE COMPANY, a New Hampshire corporation, and JOHN DOES NOS. 1 and 2,<br><br>Defendants. | CV 18–98–M–DLC<br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 27.)

IT IS ORDERED that this case is dismissed with prejudice. Each party shall bear its own costs and fees. The jury trial set for October 30, 2019 and all associated deadlines are VACATED.

DATED this 20th day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court